1  Law Office of Eric Beaudikofer
   Eric Beaudikofer
2  State Bar No. 56524
   414 Vine Street
3  El Centro, CA 92243
   Tel.: (760) 353-9250
4  Fax.: (760) 353-0693

5
   Attorney for Defendant
6



7
                    UNITED STATES OF AMERICA
8
                  SOUTHERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA,          )   Magistrate Case No.: 07-MJ-8946
                                        )
11 |         Plaintiff,                 )
                                        )   SUBSTITUTION OF ATTORNEY
12 | vs.                                )   AND THEREON
                                        )
13 | Miguel Angel Ruiz-Magallanes       )
                                        )
14 |         Defendant.                 )
                                        )
15

16      I, Miguel Angel Ruiz-Magallanes, hereby substitute the Law Office of Eric
   Beaudikofer, as his Attorney of record in the case on file herein. The defendant's current
17 attorney of record, is now discharged of any and all responsibility for defendant's
   representation, including trial and appeal.
18

19 Dated: 11/28/07                           _____
                                             Miguel Angel Ruiz-Magallanes
20                                           Defendant

21

22

23

24

25

26

27

28                      Page 1 of 2

I CONSENT TO THE ABOVE SUBSTITUTION.

Dated: 11\29\07

_for_ Ellis M. Johnston
Federal Defender

ACCEPT THE ABOVE SUBSTITUTION.

Dated: 11/28/07

Eric Beaudikofer
Attorney at Law

IT SO BE ORDERED.

Dated: 11-29-07

Magistrate Judge