# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER _07 m J 8946_ |
| vs ) | ABSTRACT OF ORDER |
| Miguel Angel Ruiz - Magallanes ) | Booking No. _05734298_ |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _____ 12/10/07 _____

the Court entered the following order:

_____✓_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release

and released from custody.

_____✓_____ Defendant released on $ _50,000 00_ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond)  ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for_____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

PETER C. LEWIS

UNITED STATES MAGISTRATE JUDGE

OR

Received _____       W. SAMUEL HAMRICK, JR.   Clerk
DUSM                                              by _Jesus Alvarez Romero_
                                                              Deputy Clerk

Crim-9    (Rev 6-95)                                        ★ U.S. GPO: 1998-783-398/40151

CLERKS' COPY